UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME WILSON,<br><br>            Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Respondent. | Case No.: 1:24-cv-0426 JLT EPG<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DENYING PETITIONER'S REQUEST FOR A STAY, DISMISSING THE PETITION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Docs. 6, 8) |

Jerome Wilson is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, seeking to challenge his sentence. (*See generally* Doc. 1.) The magistrate judge performed a preliminary review pursuant to Rule 4 the Rules Governing Section 2254 Cases, and found "[t]he petition appears to indicate that Petitioner did not file an appeal or seek review in the California Supreme Court with respect to the claims now presented." (Doc. 5 at 2.) In addition, the magistrate judge observed that Petitioner fails to state a cognizable claim for federal habeas relief because "[w]hether Petitioner is entitled to be resentenced pursuant to A.B. 600 is an issue of state law." (*Id.* at 3.) Therefore, the magistrate judge directed Petitioner to show cause why the petition should not be dismissed. (*Id.* at 4.)

Petitioner responded to the order to show cause, conceding that he did not exhaust his administrative remedies prior to filing the petition. (Doc. 6.) In addition, Petitioner requested the Court "stay proceedings so that [he] can return to state court and exhaust state remedies." (*Id.* at 1.)

1

Following Petitioner's response, the magistrate judge found "the Court cannot proceed to the merits" of Petitioner's unexhausted claims. (Doc. 8 at 2.) In addition, the magistrate judge found Petitioner failed to show a stay was appropriate under *Rhines v. Weber*, 544 U.S. 269 (2005). (*Id.* at 2-3.) Therefore, the magistrate judge recommended the request for a stay be denied and the petition be dismissed without prejudice. (*Id.* at 4.)

The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 30 days. (Doc. 8 at 4.) The Court advised Petitioner that the "failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 12, 2024 (Doc. 8) are **ADOPTED** in full.
2. Petitioner's request for a stay (Doc. 6) is **DENIED**.
3. The petition is **DISMISSED** without prejudice.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 2, 2024**

  _(signature)_
UNITED STATES DISTRICT JUDGE

2